# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Cameron Issac Giles,**<br>     Debtor. | Case No.:  25–10872–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the Application to Pay the Filing Fee in Installments, IT IS ORDERED that the Debtor shall pay the Chapter 13 filing fee on or before March 16, 2026 **in no more than four installment payments,** pursuant to Fed. R. Bankr. P. 1006(b)(2).

An attorney filer shall pay the fee electronically through Pay.gov. A Debtor may make payments in the form of a money order or certified check to:

> Clerk, U. S. Bankruptcy Court
> Federal Justice Center
> 600 James Brown Blvd
> P.O. Box 1487
> Augusta, GA 30903

Personal checks of a Debtor shall not be accepted. If a Debtor wishes to pay in cash, he/she must deliver it in person to the clerk's office in the exact amount. **DO NOT SEND CASH THROUGH THE MAIL.**

Until the filing fee is paid in full, the Debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Failure to comply with this order may result in dismissal of the case and/or withholding of discharge. In a Chapter 13 case, no order granting confirmation of the Chapter 13 plan will be entered unless the filing fee has been paid in accordance with this order.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **November 18, 2025**

*GASB101 (Rev. 01/22)* **CMT**