# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

IN RE:                                                       CASE NO.: 25-10872-SDB

**CHAPTER 13**

**Cameron Issac Giles,**
**aka Cameron I. Giles**
**aka Cameron Giles**
**aka Cameron Isaac Giles**

      Debtors,

_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

USAA Federal Savings Bank ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (Docket No. 2), and states as follows:

1. Debtor, Cameron Issac Giles, filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 15, 2025.

2. Secured Creditor holds a security interest in the Debtors' personal property described as a 2021 Honda Accord (VIN: 1HGCV1F47MA034422) (the "Vehicle") by virtue of a Note, Disclosure and Security Agreement – Nonnegotiable Promissory Note dated January 28, 2022. Said Contract secures a Note in the amount of $34,480.00.

3. Secured Creditor has filed a Proof of Claim in this case on December 8, 2025, Claim No. 9-1.

4. The filed Proof of Claim shows the total amount owed of $25,088.40 and arrears of $13,634.82. Secured Creditor's J.D. Power Used Car valuation shows a Clean Retail Value of $23,650.00.

5. The Debtor filed an Initial Chapter 13 Plan on November 15, 2025.

6. Debtors' Plan proposes an insufficient value on Secured Creditor's claim. Debtor's Plan proposes a value of Secured Creditor's claim of $20,278.00.

7. The Plan does not appear feasible due to the failure to provide treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Date: 12/12/2025

/s/ Willie B. Smith
**Willie Bruce Smith**
**Robertson, Anschutz, Schneid,**
**Crane & Partners, PLLC**
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Cameron Issac Giles**
1845 Long Creek Falls
Grovetown, GA 30813

**Matthew James Duncan**
Duncan Bankruptcy Law
3574 Riverwatch Parkway
Augusta, GA 30907

**Huon Le**
P.O. Box 2127
Augusta, GA 30903

*U. S. Trustee*
**Office of the U. S. Trustee**
33 Bull Street, Suite 400
Savannah, GA 31401

                                             */s/ Olivia Payne*
                                             Olivia Payne
                                             Paralegal
                                             Robertson, Anschutz, Schneid,
                                             Crane & Partners, PLLC
                                             13010 Morris Rd., Suite 450
                                             Alpharetta, GA 30004
                                             Telephone: 470-321-7112
                                             Email: opayne@raslg.com